# NILES, BARTON & WILMER, LLP

ATTORNEYS AT LAW
SUITE 1400
111 S. CALVERT STREET
BALTIMORE, MARYLAND 21202-6185

TELEPHONE 410-783-6300
FACSIMILE 410-783-6363

WEBSITE www.niles-law.com
WRITER'S DIRECT CONTACT

(410) 783-6300

June 24, 2004

*Via Electronic Filing*
The Honorable Catherine C. Blake
United States District Judge
United States District Court, District of Maryland
101 W. Lombard Street
Baltimore, Maryland  21201

RE:   *Warren Chase v. MCAC*, et al
      Case No.: CCB-96-1287
      Our File No.: 36941

Dear Judge Blake:

    This office represents Plaintiff Warren Chase as court-appointed counsel in the above-referenced case.  I am writing to follow-up on our earlier letters concerning the status of the Court's consideration, and its pending decision following remand by the Court of Appeals in June, 2000.  This case was remanded to the District Court for further consideration of the Defendants' assertion of qualified immunity on claims other than the Supervisory Liability count, and post-remand memoranda were submitted to the Court in August, 2000.

    We appreciate the Court's careful consideration of this matter and look forward to a decision.  Thank you for your continued consideration.

Sincerely yours,

/s/

Joel P. Williams

cc:   Stephanie Lane-Weber, Esquire
      David D. Gilliss, Esquire