# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **WARREN CHASE**, | * |
| Plaintiff | * |
| v. | *  CIVIL ACTION NO. CCB-96-1287 |
| **CAPTAIN H. GRANT, et al**. | * |
| Defendants | * |

**********************************

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 24, 2004 a copy of the Correspondence re. status of pending decision, which was electronically filed on June 24, 2004, was mailed via first class mail, postage prepaid, to Stephanie Lane-Weber, Esquire, Office of the Attorney General, 200 St. Paul Place, Baltimore, MD 21202-2021.

                                      /s/
                                Joel P. Williams
                                Federal Bar No. 024944
                                Niles, Barton & Wilmer, LLP
                                111 South Calvert Street, Suite 1400
                                Baltimore, Maryland 21202
                                PH: (410) 783-6300
                                FAX (410) 783-6363
                                **Attorneys for Plaintiff**